324 F.2d 505
 Thelma WRIGHT and Thelma Wright, as Guardian for Freddie
Wright, III, Appellants,
v.
AFRO AMERICAN LIFE INSURANCE COMPANY et al., Appellees.
 No. 20518.
 United States Court of Appeals. Fifth Circuit.
 Nov. 21, 1963.
 
 B. Clarence Mayfield, J. T. Williams, Jr., Savannah, Ga., for appellants.
 Earl M. Johnson, Jacksonville, Fla., for appellees.
 Before TUTTLE, Chief Judge, JONES, Circuit Judge, and JOHNSON, district judge.
 PER CURIAM.
 
 
 1
 The judgment of the trial court is affirmed.